IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:23-cr-149 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| vs. | ) | MOTION FOR PERMISSION |
| | ) | TO TRAVEL ; AND FOR AN |
| CASEY ALEXANDER | ) | ORDER RETURNING PASSPORT |
| | ) | |
| Defendant | ) | |
| | ) | |

Now come the defendant, Casey Alexander, by and through his attorney, and moves this Honorable Court for permission to travel to London, England.  Mr. Alexander is a citizen of England and since his arrest, has been residing in the Northern District of Ohio without employment or the resources of family.

On June 14, 2022, Magistrate Parker issued an order granting Mr. Alexander bond, and as a condition, his passport was delivered to the US District Clerk's Office.  [Doc. 7].  Defendant requests this Court for an Order releasing his passport and permitting him to return home pending sentencing.

Further, at the defendant's plea hearing on March 21, 2023, the government stated that would not object to Mr. Alexander's travel to London, England.  Magistrate Judge Parker indicated that a motion should be filed.

If this motion is granted, the Defendant will supply the Probation Office with all relevant travel information required by this Court.

Respectfully submitted,


/s/ JOHN J. SPELLACY
JOHN J. SPELLACY (0065700)
323 W. Lakeside Avenue, #220
Cleveland, Ohio 44114
Telephone: (216) 241-0520
Facsimile: (216) 241-6961
Email: jspellacy@spellacylaw.com
Attorney for Defendant


**CERTIFICATE OF SERVICE**

This motion has been served upon all parties via this Court's electronic filing system on this 27$^h$ day of March, 2023.


/s/ Joseph P. Morse
JOSEPH P. MORSE
Attorney for Defendant