UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:23 CR 149 |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| CASEY ALEXANDER, | ) | |
| Defendant | ) | **ORDER** |

Pending before the court is Defendant Casey Alexander's Motion for Permission to Travel, and for an Order Returning Passport, (ECF No. 33). Mr. Alexander is a citizen of England and since his arrest he has been residing in the Northern District of Ohio without employment or the resources of family. The Assistant U.S. Attorney has verified that he does not have an objection to Defendant's request. The court GRANTS Defendant's Motion. Further, Mr. Alexander shall supply the Pretrial Services Officer with all travel information that may be requested of him.

The Clerk's office is directed to return the passport of Casey Alexander to him so that he may return to London, England until he appears for his July 11, 2023 at 10:30a.m. sentencing.

IT IS SO ORDERED.

*/s/SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

March 31, 2023