UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:23 CR 149 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| CASEY ALEXANDER, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Thomas M. Parker, regarding the change of plea hearing of Casey Alexander, which was referred to the Magistrate Judge with the consent of the parties.

On March 13, 2023, the government filed a 1 count Information against Mr. Alexander charging him with Conspiracy to Commit Wire Fraud, in violation of Title 18 U.S.C. § 1343. Defendant was arraigned on March 21, 2023 before Magistrate Judge Parker, and entered a plea of guilty to count 1 of the Information, with a written plea agreement. Magistrate Judge Parker issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Alexander is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis

for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Casey Alexander is adjudged guilty to count 1 of the Information, in violation of Title 18 U.S.C. § 1343. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on July 11, 2023, at 10:30 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

April 12, 2023